UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOCK ALBERT,

     Plaintiff,

v.                                                            Case No:        2:19-cv-914-FtM-NPM

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

---

## ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment

With Remand, filed on May 4, 2020. (Doc. 16). The Commissioner of Social Security

seeks remand for further proceedings, and Plaintiff does not object. (*Id.* at 1).

Accordingly, it is hereby **ORDERED**:

1)    The Unopposed Motion for Entry of Judgment With Remand (Doc. 16) is

    **GRANTED**.

2)    Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the

    Commissioner is reversed, and this case is remanded to the

    Commissioner for further administrative proceedings as follows:

    On remand, the Commissioner will re-evaluate the
    Department of Veteran Affairs' disability rating and, if
    necessary, (1) re-evaluate Plaintiff's Residual Functional
    Capacity; and (2) obtain supplemental evidence from a
    vocational expert to clarify the effect of the assessed (or
    reassessed) limitations on Plaintiff's occupational base.

(Doc. 16 at 1).

3)      If Plaintiff prevails in this case on remand, Plaintiff must comply with the

Order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-

Orl-22.

4)      The Clerk of Court is directed to enter judgment accordingly, terminate any

pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on May 5, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties